```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 28024
   ANTONETTE LONARDI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-7168


---------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/28/04 and confirmed on 12/03/04.

   2.  The case was dismissed after confirmation, 09/19/2008.

   3.  The Debtor paid a total of $    9100.00 .

   4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------------
US BANK                    SECURED             5125.00          695.23       4800.47
AT & T                     UNSECURED          NOT FILED            .00           .00
CIGNA HEALTH CARE          UNSECURED          NOT FILED            .00           .00
CINGULAR WIRELESS          UNSECURED             544.53            .00           .00
COMCAST DIGITAL PHONE SV   UNSECURED          NOT FILED            .00           .00
COMED                      UNSECURED          NOT FILED            .00           .00
DISNEY                     UNSECURED          NOT FILED            .00           .00
EAGLE STORAGE CO           UNSECURED          NOT FILED            .00           .00
INSURANCE FINANCE CORP     UNSECURED          NOT FILED            .00           .00
MBNA                       UNSECURED          NOT FILED            .00           .00
RETRIEVAL MASTERS          UNSECURED          NOT FILED            .00           .00
SBC BANKRUPTCY DESK        UNSECURED             667.15            .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT         5.20              .00          5.20
US BANK                    UNSECURED            1474.86            .00           .00
        Summary of disbursements:
---------------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     5125.00         5.20      2686.54         .00        7816.74
PRINCIPAL PAID         4800.47         5.20          .00         .00        4805.67
INTEREST PAID           695.23          .00          .00         .00         695.23
TOTAL PAID             5495.70         5.20          .00         .00        5500.90
The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $     4275.00
and was paid $    3225.00 .

The Trustee received $     374.10 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 12/12/08                          /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 04 B 28024 ANTONETTE LONARDI